UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN FLORIDA

CASE NO. 0:25-cv-61431-AHS

*Michael Peter*,

    Plaintiff,

    vs.

*Thomas P. Hughes*,

    Defendant.

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    The Defendant, Thomas P. Hughes, hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Plaintiff, Michael Peter, an individual.

    Defendant, Thomas P. Hughes, an individual.

    Attorneys for Plaintiff, Robert T. Slatoff and Craig A. Wirth, along with the law firm FRANK, WEINBERG & BLACK, P.L.

    Attorney for the Defendant, Ryan K. Todd, along with the law firm NELSON MULLINS LLP.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

-2-

None.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

5.) I, the undersigned, certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: July 23, 2025.          Respectfully submitted,

**NELSON MULLINS**
*Counsel for Defendant Thomas P. Hughes*

*/s/ Ryan K. Todd*
**Ryan K. Todd** | Florida Bar No. 91679
ryan.todd@nelsonmullins.com
2 S. Biscayne Blvd.
One Biscayne Tower, 21st Floor
Miami, Florida 33131
Telephone No. 305.373.9425